# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES DAVID FISH,

                  Plaintiff,

v.

AMANDA KRUEGER, ASHLEY
DEPAS, BRANDO CROMWELL,
BRIAN BARGANZ, DEPUTY CARY
JEANQUART, CHRIS SCHLEY,
CURT VANDERTIE, DEAN
TOUSOUL, DOMINIC TURNER,
DOUGLAS JACUET, DEPUTY JAMES
WERNER, JODI MCCARTY, JOHN
MCCORMICK, JOY BORDEAU, JEFF
REINCE, KYLE VEESER, NATHAN
GUILETTE, SCOTT LOHMAN,
TAMMY STERNARD, TINA HEIDER,
PEGGY KUBIAK, and ALICIA
WHEELER,

                  Defendants.

Case No. 16-CV-1221-JPS

**ORDER**

The plaintiff filed his complaint in this case on September 9, 2016. (Docket #1). Defendant Peggy Kubiak ("Kubiak") was served with the summons and complaint on March 28, 2017, making her responsive pleading due on April 17, 2017. (Docket #53). Kubiak did not file a responsive pleading by April 17, 2017; instead, on April 21, 2017, Kubiak, acknowledging the missed deadline, requested leave to file a responsive pleading despite the technical default. (Docket #54).

Kubiak has informed the Court that she has been unable to serve her motion on the plaintiff, as the plaintiff no longer resides at the address he

gave the Court for these proceedings. *See* (Docket #48). It is the plaintiff's responsibility to keep the Court apprised of his current address. Civil L. R. 5 (pro se party must provide the Court with an address and telephone number at which the Court can contact the party).

Having heard no objection from the plaintiff, the Court will grant Kubiak's motion. Kubiak shall file a pleading responding to the complaint **within fourteen (14) days** of the entry of this Order.

Accordingly,

**IT IS ORDERED** that defendant Peggy Kubiak's motion for leave to file a responsive pleading (Docket #54) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that defendant Peggy Kubiak shall file a pleading responding to the complaint (Docket #1) **within fourteen (14) days** of the entry of this Order.

Dated at Milwaukee, Wisconsin, this 16 day of May, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Court